# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ----------------------------------------------- x | |
| **MARK CERINI,** on behalf of himself and similarly situated employees, | : <br> : <br> : |
| *Plaintiff*, | : Civil Action No. 2:20-cv-867 RJC <br> : |
| v. | : Electronically Filed <br> : |
| **MONRO, INC.,** | : <br> : |
| *Defendant.* | : <br> : |
| ----------------------------------------------- x | |

### Plaintiff's Unopposed Motion for Entry of the Approval Order

AND NOW COMES PLAINTIFF Mark Cerini, by and through his undersigned counsel, and files this Unopposed Motion for Entry of the Approval Order in this matter.

The Parties have reached a settlement and have executed the Settlement Agreement attached hereto. Therefore, and for the reasons set forth in Plaintiff's accompanying brief and as set forth in the Approval Order, Plaintiff respectfully asks the Court to enter an order approving the Settlement Agreement and dismissing this Civil Action with prejudice.

The proposed Approval Order is attached to this motion. Defendant does not oppose this motion.

Dated:  August 18, 2021
          Pittsburgh, PA


By:     /s/ Joseph H. Chivers
          Joseph H. Chivers
          jchivers@employmentrightsgroup.com
          The Employment Rights Group LLC
          100 First Avenue, Suite 650

Pittsburgh, PA 15222

John R. Linkosky
linklaw@comcast.net
John Linkosky & Associates
715 Washington Avenue
Carnegie, PA  15106

Jeffrey W. Chivers
jwc@chivers.com
Chivers LLP
300 Cadman Plaza West
12th Floor
Brooklyn, NY 11201

Theodore I. Rostow
tir@chivers.com
Chivers LLP
300 Cadman Plaza West
12th Floor
Brooklyn, NY 11201

*Counsel for Plaintiff
and all others similarly situated*