UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------ x
**MARK CERINI,** on behalf of himself
and similarly situated employees,

    *Plaintiff,*

        v.

**MONRO, INC.,**

    *Defendant.*
------------------------------------------------ x

Civil Action No. 2:20-cv-867 RJC

Electronically Filed

## APPROVAL ORDER

Before the COURT is NAMED PLAINTIFF'S unopposed motion for entry of the APPROVAL ORDER as an Order of Court, approving the AGREEMENT and dismissing the CIVIL ACTION with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. For good cause shown, and as more fully explained below, the motion is GRANTED as follows:

A.    All capitalized terms in this APPROVAL ORDER have the same meaning as in the AGREEMENT that was attached to NAMED PLAINTIFF's unopposed motion for entry of the APPROVAL ORDER as an Order of Court.

B.    The COURT has jurisdiction over the claims asserted in the CIVIL ACTION and over the PARTIES to the CIVIL ACTION.

C.    By filing written consents to join this CIVIL ACTION, the PLAINTIFFS: (1) authorized NAMED PLAINTIFF and COLLECTIVE ACTION COUNSEL to act as their agents and to negotiate a settlement of any and all claims they may have against

1

DEFENDANT, subject to a review for fairness by the COURT; and (2) consented and agreed to be bound by any judgment of the COURT or any settlement of this CIVIL ACTION that the COURT reviews and determines to be fair and reasonable.

    D.    The COURT reviewed the AGREEMENT and concludes that the AGREEMENT is adequate, fair, and reasonable, that it is in the best interests of the PARTIES, the PLAINTIFFS, and the PARTICIPATING COLLECTIVE ACTION MEMBERS, and that it should be and hereby is approved. Likewise, the determination of the allocation of the PLAINTIFFS' SERVICE AWARDS and the INDIVIDUAL COLLECTIVE ACTION MEMBER ALLOCATIONS is approved as fair, equitable, and reasonable. Accordingly, the AGREEMENT is hereby approved in accordance with the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.*, and it shall be administered in accordance with its terms.

    E.    The COURT grants COLLECTIVE ACTION COUNSEL's request for an ATTORNEYS' FEES AND EXPENSES PAYMENT of $1,335,000, which is thirty percent (30%) of the MAXIMUM GROSS SETTLEMENT AMOUNT.

    F.    All PLAINTIFFS and PARTICIPATING COLLECTIVE ACTION MEMBERS irrevocably and unconditionally forever and fully release DEFENDANT and all RELEASED PARTIES from any and all RELEASED CLAIMS. PLAINTIFFS and PARTICIPATING COLLECTIVE ACTION MEMBERS are enjoined from prosecuting any RELEASED CLAIMS against DEFENDANT or RELEASED PARTIES.

G. This APPROVAL ORDER and the AGREEMENT are binding on PLAINTIFFS, PARTICIPATING COLLECTIVE ACTION MEMBERS and DEFENDANT.

H. This CIVIL ACTION is hereby DISMISSED in its entirety, on the merits, and WITH PREJUDICE, without costs to any party, except to the extent otherwise expressly provided in the AGREEMENT.

I. This Court retains jurisdiction over the terms of this Agreement and full execution of its terms by the Parties.

**IT IS SO ORDERED.**

DATE: *August 26, 2021*                    _____
                                                                    **ROBERT J. COLVILLE**
                                                                    **UNITED STATES DISTRICT JUDGE**